| | |
|---|---|
| 1 | RICK D. ROSKELLEY, ESQ., Bar # 3192 |
| | AMY L. BAKER, ESQ., Bar # 11907 |
| 2 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway |
| 3 | Suite 300 |
| | Las Vegas, NV  89169-5937 |
| 4 | Telephone:    702.862.8800 |
| | Fax No.:       702.862.8811 |

Attorneys for Defendant
TUSCANY HOTEL & CASINO, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY SMEADER, | |
| Plaintiff, | Case No. 2:15-cv-01640-RFB-VCF |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |
| TUSCANY HOTEL & CASINO, LLC, a Nevada Limited Liability Company, | |
| Defendant. | |

Notice is hereby given that Noel E. Eidsmore, Esq. is being substituted for Amy L. Baker, Esq. currently listed as a Littler Mendelson attorney representing Defendant TUSCANY HOTEL & CASINO, LLC, Noel E. Eidsmore is no longer participating in this litigation.  Ms. Baker's current mailing address and email address are:

> Amy L. Baker, Esq.
> Littler Mendelson
> 3960 Howard Hughes Parkway
> Suite 300
> Las Vegas, NV 89169
> abaker@littler.com

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1 | Defendant TUSCANY HOTEL & CASINO, LLC, continues to be represented in this action
2 | by Rick D. Roskelley, Esq. and the law firm of Littler Mendelson, P.C.

Dated: December 2, 2015

Respectfully submitted,

/s/ Amy L. Baker, Esq.
RICK D. ROSKELLEY, ESQ.
AMY L. BAKER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TUSCANY HOTEL & CASINO, LLC

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 3, 2015

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169. On December 2, 2015, I served the within document(s):

**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM**

[x]  By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Michael P. Balaban, Esq.
Law Offices of Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141

Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2015, at Las Vegas, Nevada.

/s/ Erin J. Melwak
Erin J. Melwak

Firmwide:137191193.1 041289.1018

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.