RICK D. ROSKELLEY, ESQ., Bar # 3192
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:           rroskelley@littler.com
                     kmburke@littler.com

Attorneys for Defendant
TUSCANY HOTEL & CASINO, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY SMEADER,<br><br>              Plaintiff,<br><br>vs.<br><br>TUSCANY HOTEL & CASINO, LLC, a Nevada Limited Liability Company,<br><br>              Defendant. | Case No. 2:15-cv-01640-RFB-VCF<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM** |

Defendant TUSCANY HOTEL & CASINO, LLC ("Defendant") hereby moves this Court for an Order substituting counsel as follows:

Defendant requests that Kaitlyn M. Burke, Esq. be substituted for Amy L. Baker, Esq. currently listed as a Littler Mendelson attorney representing Defendant.  Amy L. Baker is leaving the firm of Littler Mendelson and is no longer participating in this litigation.  Ms. Burke's current mailing address and email address are:

Kaitlyn M. Burke, Esq.
Littler Mendelson, P.C.
3960 Howard Hughes Parkway, Suite 300
kmburke@littler.com

Defendant continues to be represented in this action by the law firm of Littler Mendelson. The substitution of counsel is purely within the firm and will neither delay this matter nor prejudice

LITTLER MENDELSON, P C
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas NV 89169-5937
702 862 8800

Plaintiff. Based on the foregoing, Defendant respectfully requests that Kaitlyn M. Burke, Esq. be substituted as counsel, and that Amy L. Baker, Esq. be allowed to withdraw as counsel in this matter.

Dated: November 3, 2016

Respectfully submitted,

_____
AMY L. BAKER, ESQ.

Dated: November 3, 2016

Respectfully submitted,

_Kaitlyn Burke_
_____
RICK D. ROSKELLEY, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TUSCANY HOTEL & CASINO, LLC

**IT IS SO ORDERED.**

Dated: 11-3_____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169. On November 3, 2016, I served the within document(s):

### MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Michael P. Balaban, Esq.
Law Offices of Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141

Attorney for Plaintiff

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2016, at Las Vegas, Nevada.

Robyn Craig

Firmwide:143740223.1 041289.1018

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800