Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY SMEADER, | CASE NO. 2:15-cv-01640-RFB-VCF |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [LR 7-1] |
| vs. | |
| TUSCANY HOTEL & CASINO, a Nevada Limited Liability Company, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 that Plaintiff's opposition to Defendant Tuscany Hotel & Casino's motion for summary judgment filed on March 9, 2017, for which the opposition is currently due on March 30, 2017, will be continued to April 24, 2017.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in and the complexity of the Motion.  Although Defendant was given three extensions on the date they needed to file its motion

1

1 | for summary judgment by, no previous continuances or extensions have been requested or granted
2 | as to the filing of Plaintiff's opposition.

LAW OFFICES OF MICHAEL P. BALABAN

LITTLER MENDELSON, P.C.

 /s/ Michael P. Balaban, Esq.  
Michael P. Balaban, Esq.  
10726 Del Rudini Street  
Las Vegas, NV  89141  
Attorney for Plaintiff  

Dated:  March 27, 2017

 /s/ Kaitlyn M. Burke, Esq.  
Kaitlyn M. Burke, Esq.  
3960 Howard Hughes Parkway, Suite 300  
Las Vegas, NV 89169  
Attorney for Defendant  

Dated:  March 27, 2017

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated:  March 29, 2017.