1  Michael P. Balaban   State Bar No. 9370
2  LAW OFFICES OF MICHAEL P. BALABAN
   10726 Del Rudini Street
3  Las Vegas, NV  89141
   (702)586-2964
4  Fax: (702)586-3023
   E-Mail: mbalaban@balaban-law.com
5
   Attorney for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
                        DISTRICT OF NEVADA
10

11
   GREGORY SMEADER,                    )   CASE NO. 2:15-cv-01640-RFB-VCF
12                                      )
                                        )   STIPULATION AND ORDER CONTINUING
13                                      )   THE DATE THAT PLAINTIFF MUST FILE
              Plaintiff,                )   THEIR RESPONSE TO DEFENDANT'S
14                                      )   MOTION FOR SUMMARY JUDGMENT
          vs.                           )   [LR 7-1]
15                                      )
   TUSCANY HOTEL & CASINO, a Nevada     )   (Second Request)
16 Limited Liability Company,           )
                                        )
17                                      )
                                        )
18            Defendant.                )
                                        )
19                                      )
                                        )
20                                      )

21
          IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective
22
   counsels of record pursuant to LR 7-1 that Plaintiff's opposition to Defendant Tuscany Hotel &
23
   Casino's motion for summary judgment filed on March 9, 2017, for which the opposition is
24
   currently due on April 24, 2017, will be continued to May 5, 2017.
25
          Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond
26
   to said motion given the other matters Plaintiff's counsel is involved in, including a response to a
27
   motion to dismiss and an ENE Statement which need to be prepared in other cases, and the
28

complexity of the Motion.  Although Defendant was given three extensions on the date they needed to file its motion for summary judgment by, only one previous continuance or extension has been requested or granted as to the filing of Plaintiff's response.

LAW OFFICES OF MICHAEL P. BALABAN

LITTLER MENDELSON, P.C.

/s/ Michael P. Balaban, Esq.
Michael P. Balaban, Esq.
10726 Del Rudini Street
Las Vegas, NV  89141
Attorney for Plaintiff

/s/ Kaitlyn M. Burke, Esq.
Kaitlyn M. Burke, Esq.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
Attorney for Defendant

Dated:  April 19, 2017

Dated:  April 19, 2017

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 23rd day of April, 2017.