RICK D. ROSKELLEY, ESQ., Bar # 3192
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rroskelley@littler.com
kmburke@littler.com

Attorneys for Defendant
TUSCANY HOTEL & CASINO, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY SMEADER,<br><br>    Plaintiff,<br><br>vs.<br><br>TUSCANY HOTEL & CASINO, LLC, a Nevada Limited Liability Company,<br><br>    Defendant. | Case No. 2:15-cv-01640-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

   Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff GREGORY SMEADER ("Plaintiff") and Defendant TUSCANY HOTEL & CASINO, LLC ("Defendant"), by and through their respective counsel, do hereby stipulate and agree to an extension to the deadline for Defendant to file a Reply in support of its Motion for Summary Judgment (**ECF No. 36**), which is currently due on May 19, 2017. The parties agree to an extension of two weeks, up to and including Friday, June 2, 2017. This is the first stipulation for an extension of time to file the reply brief.

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This Stipulation is made in good faith and not for purposes of delay as Defense Counsel will be traveling for business, has prior commitments in other cases, and needs sufficient time to prepare the reply brief.

Dated: May 9, 2017

Respectfully submitted,

/s/ Michael P. Balaban, Esq.
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorney for Plaintiff

Dated: May 9, 2017

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
RICK D. ROSKELLEY, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: May 11, 2017.

Firmwide:147516304.1 041289.1018

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.