1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   KAITLYN M. BURKE, ESQ., Bar #13454
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:      702.862.8811
5  Email:        rroskelley@littler.com
                 kmburke@littler.com
6
   Attorneys for Defendant
7  TUSCANY HOTEL & CASINO, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY SMEADER,<br><br>Plaintiff,<br><br>vs.<br><br>TUSCANY HOTEL & CASINO, LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No. 2:15-cv-01640-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 26-4, Defendant Tuscany Hotel & Casino, LLC ("Tuscany") and Plaintiff Gregory Smeader ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend the deadline to file a Joint Pretrial Order for a period of thirty (30) days. This is the first request for an extension to submit the Joint Pretrial Order deadline in this matter. The requested extension is sought in good faith and not for purposes of undue delay.

The Court heard the parties' Motions for Summary Judgment on December 11, 2017.  (**ECF No. 49**).  Pursuant to Local Rule 26-4, the Joint Pretrial Order is due on January 10, 2018.  A brief thirty (30) day extension is requested for several reasons.  Due to the holidays and previously scheduled travel along with commitments in other matters, counsel need additional weeks to meet and confer over exhibits and evidentiary issues prior to submission of the Joint Pretrial Order.  As such, the parties agree that this extension is necessary to allow both parties ample time to finalize the

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Joint Pretrial Order; as a result, there is no danger of prejudice to either party in granting this extension. Further, the length of the delay is minimal. Therefore, there is a good reason for the delay and the parties are seeking the requested extension of the Joint Pretrial Order deadline in good faith. As a result, all elements that the court considers in evaluating the validity of the request for extension are met. The parties believe that, absent any unforeseen circumstances, finalization of the Joint Pretrial Order can be accomplished by the requested extended deadline.

Accordingly, the parties stipulate, subject to approval of this Court, to the following new proposed deadline: Joint Pretrial Order shall be due on **Friday, February 9, 2018**.

Dated: December 22, 2017

Respectfully submitted,

/s/ Michael P. Balaban, Esq.
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorneys for Plaintiff

Dated: December 22, 2017

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
RICK D. ROSKELLEY, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED: 12-22-2017

Firmwide:151944779.1 041289.1018

2.