RICK D. ROSKELLEY, ESQ., Bar # 3192
KAITLYN M. BURKE, ESQ., Bar #13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rroskelley@littler.com
kmburke@littler.com

Attorneys for Defendant
TUSCANY HOTEL & CASINO, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY SMEADER,<br>　　　　Plaintiff,<br>vs.<br>TUSCANY HOTEL & CASINO, LLC, a Nevada Limited Liability Company,<br>　　　　Defendant. | Case No. 2:15-cv-01640-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Defendant, TUSCANY HOTEL & CASINO, LLC (hereinafter "Defendant"), and Plaintiff, GREGORY SMEADER ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice. Each party shall bear its own costs and attorney's fees.

Dated: March 21, 2018

Respectfully submitted,

 /s/ Michael P. Balaban, Esq.
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorney for Plaintiff
GREGORY SMEADER

Dated: March 21, 2018

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
RICK D. ROSKELLEY, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TUSCANY HOTEL & CASINO, LLC

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th day of March, 2018.